1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   GEORGE S. KHOURY (State Bar No. 269738)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  4328 Redwood Hwy., Suite 300
   San Rafael, CA 94903
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5
   Attorneys for Plaintiff BYRON CHAPMAN



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO. CV13-02008 -DSF (FFMx) |
| Plaintiff, | PETITION FOR LEAVE TO FILE NEW LITIGATION ON BEHALF OF PLAINTIFF BYRON CHAPMAN |
| v. | |
| J&W HOTEL, INC., a California Corporation dba BEST WESTERN LA POSADA MOTEL, | [Filed concurrently with: Declaration of Thomas Frankovich] |
| Defendant. | |

I, Thomas E. Frankovich, as counsel for plaintiff BYRON CHAPMAN, file this Petition for an order directing the Clerk to accept for filing the Complaint lodged herewith, as Exhibit A. This petition is being filed pursuant to the pre-filing order imposed upon counsel by Senior United States District Judge Edward Rafeedie, Central District of California on December 4, 2004 in the matters of: Jarek *Molski v. Mandarin Touch*, Case No. CV 04-0450 ER, a copy of which is attached hereto as Exhibit "B."

It should be noted at the onset that this Petition is on behalf of plaintiff BYRON CHAPMAN and not Jarek Molski, who was the subject of Judge Rafeedie's pre-filing order.

Accompanying this Petition is the declaration of plaintiff's counsel Thomas E. Frankovich. This declaration speaks to the factual and legal basis for plaintiff's claim, and is evidence of the meritorious nature of plaintiff's complaint.

PETITION FOR LEAVE TO FILE NEW LITIGATION ON BEHALF OF PLAINTIFF BYRON CHAPMAN

Plaintiff submits that his intended Complaint is not being filed to harass the named defendants nor for any purpose which runs contrary to the interests of justice or this Court. Plaintiff's Complaint raises a valid claim of discrimination under the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101, *et seq.*, the Unruh Civil Rights Act, Civil Code Section 51, *et seq.*, the Disabled Persons Act, Civil Code Section 54, *et seq.*, and Health and Safety Code Section 19955. The filing of this Complaint is necessary to redress defendants' past and continuing discriminatory conduct. Accordingly, plaintiff seeks leave to file his complaint with this court.

Dated: 3/7/13, 2013

THOMAS E. FRANKOVICH
***A PROFESSIONAL LAW CORPORATION***

By /s/ Thomas E. Frankovich

Thomas E. Frankovich
Attorneys for Plaintiff BYRON CHAPMAN