THOMAS E. FRANKOVICH (State Bar No. 074414)
GEORGE S. KHOURY (State Bar No. 269738)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiff BYRON CHAPMAN

FILED
CLERK, U.S. DISTRICT COURT
MAR 26 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK U.S. DISTRICT COURT
MAR 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY MAD DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

    Plaintiff,

v.

J&W HOTEL, INC., a California Corporation dba BEST WESTERN LA POSADA MOTEL,

    Defendant.

CASE NO. CV13-02008-DSF (JEMx)

[~~PROPOSED~~] ORDER PERMITTING PLAINTIFF TO FILE NEW LITIGATION ON BEHALF OF PLAINTIFF BYRON CHAPMAN

**IT IS HEREBY ORDERED,** that the Court grants plaintiff's Petition and the Clerk of this Court shall file the Complaint attached to the Petition and/or under separate cover, issue Summons and assign case numbers forthwith.

Dated: 3/25, 2013

_____
Honorable Judge
United States District Court Central District

[PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE NEW LITIGATION ON BEHALF OF PLAINTIFF BYRON CHAPMAN